ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Measurement Science Enterprise, Inc. | ) ASBCA No. 59423 |
| | ) |
| Under Contract No. N00014-03-C-0375 | ) |

APPEARANCE FOR THE APPELLANT:       Ms. Katy M. Ruby
                                    President

APPEARANCES FOR THE GOVERNMENT:     E. Michael Chiaparas, Esq.
                                      DCMA Chief Trial Attorney
                                    Carol L. Matsunaga, Esq.
                                      Senior Trial Attorney
                                      Defense Contact Management Agency
                                      Carson, CA

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 6 January 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59423, Appeal of Measurement Science Enterprise, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals